RECEIVED

SEP 27 2011

TONY R. MOORE, CLERK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| STANLEY CALISTE<br>LA. DOC #454065<br>VS. | CIVIL ACTION NO. 3:11-cv-0874<br><br>SECTION P<br><br>JUDGE DONALD E. WALTER |
| WARDEN RONNIE HARRIS, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 26 day of Sept, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE